UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>JIAN MA,<br><br>  Defendant. | No. 2:24-cv-2747 AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed October 10, 2025, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 15. That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendant now requests to opt out of the Post-Screening ADR Project. ECF No. 17. Having reviewed the request, the court finds good cause to grant it.

In addition, it appears that neither party has filed a Magistrate Judge Consent/Decline form. The parties shall complete and return the form within thirty days from the date of this order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 17) is GRANTED.

1

2. The ADR stay of this action, commencing October 10, 2025 (ECF No. 15) is LIFTED.

3. Within thirty days of the filing of this order, defendant shall file a response to the complaint.

4. The Clerk of the Court is directed to send the parties the Consent/Decline of U.S. Magistrate Judge Jurisdiction form, accompanied by the Chief Judge's letter concerning Magistrate Judge Consent in Civil Cases.

5. The parties shall complete and return the Magistrate Judge Consent/Decline form within thirty days from the date of this order.

DATED: December 1, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE