UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DARONTE DAVIS,

Plaintiff,

v.

JIAN MA,

Defendant.

No.  2:24-cv-2747 AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a notice in which he states that defendant has failed to respond to his motion for summary judgment which was mailed on November 24, 2025.  ECF No. 26.  He asserts that because defendant did not respond, summary judgment should be granted in his favor.  Id.  However, the court has not received a motion for summary judgment from plaintiff and the request will be denied.  Moreover, even if plaintiff had filed such a motion, a discovery and scheduling order did not issue until January 6, 2026, and under that order discovery is set to close on May 1, 2026.  ECF No. 25.  Considering that discovery had not yet opened at the time plaintiff states he filed his motion, the motion would have been premature.  Plaintiff is cautioned that while the Federal Rules of Civil Procedure permit him to file a motion for summary judgment prior to the close of discovery, such a motion is likely to be denied as premature and without prejudice to re-filing after the close of discovery, particularly if filed during the early stages of discovery.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request that his motion for summary judgment be granted (ECF No. 26) is DENIED.

DATED: January 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE