UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DARONTE DAVIS,

Plaintiff,

v.

JIAN MA,

Defendant.

No.  2:24-cv-2747 AC P

ORDER

Defendant has filed a motion for leave to file a motion for summary judgment based solely on exhaustion, and for a stay of merits-based discovery pending adjudication of that motion.  ECF No. 29.  Discovery is currently set to close on May 1, 2026, although the deadline to serve written discovery request has already passed.  ECF No. 25.  Good cause appearing, defendant's motion will be granted and defendant will be provided an opportunity to file an exhaustion-based motion for summary judgment.  Merits-based discovery will also be stayed until the motion is resolved.  In the event the motion for summary judgment is denied or if defendant does not file a motion for summary judgment, the stay on merits-based discovery will be lifted. At that time, a new deadline for completion of discovery will be set, as well as a deadline for responding to any discovery requests that were outstanding on the date this order was filed.

A stay on merits-based discovery means that neither party is required to respond to requests for discovery related to the merits of the case while the stay is in effect.  However, the

1

parties remain obligated to respond to any discovery requests related to plaintiff's exhaustion of his administrative remedies, subject to any valid objections.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for leave to file an exhaustion-based motion for summary judgment and to stay merits-based discovery (ECF No. 29) is GRANTED;

2. Within thirty days of this order defendant may file a motion for summary judgment based solely on the ground that plaintiff failed to exhaust his administrative remedies prior to filing suit;

3. The May 1, 2026 deadline for the completion of discovery and July 24, 2026 pretrial motions deadline are VACATED; and

4. Merits-based discovery is STAYED pending resolution of defendant's motion for summary judgment as set forth above. In the event the motion for summary judgment is denied or defendant fails to file a motion, the stay will be lifted and new deadlines for the completion of discovery and for filing pretrial motions will be set.

DATED: March 5, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2