UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS, | No.  2:24-cv-02747 AC P |
| Plaintiff, | |
| v. | ORDER |
| JIAN MA, | |
| Defendant. | |

On April 6, 2026, defendant filed a motion for summary judgment.  ECF No. 31.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in this action being dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1